No. 93–9269. PREUSS v. DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 93–9270. BAKER v. MILLER ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–9273. LONAY v. STOOKEY ET AL. C. A. 7th Cir. Certiorari denied. 

No. 93–9274. HUNGER ET AL. v. LEININGER, SUPERINTENDENT, ILLINOIS STATE BOARD OF EDUCATION, ET AL. C. A. 7th Cir. Certiorari denied. 

No. 93–9275. HAMILTON v. MORRISON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–9276. EWING v. MICHIGAN. Sup. Ct. Mich. Certiorari denied. 

No. 93–9282. BENT v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 93–9283. WEBB v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. 

No. 93–9286. MARTIN v. WILKINSON ET AL. C. A. 6th Cir. Certiorari denied. 

No. 93–9287. MACIEL v. YLST, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 93–9288. LEONARD v. ROSE'S DEPARTMENT STORE. Sup. Ct. Del. Certiorari denied. 

No. 93–9289. MELENDEZ v. ARIZONA DEPARTMENT OF ECONOMIC SECURITY ET AL. C. A. 9th Cir. Certiorari denied. 

No. 93–9290. MCDONALD v. BOYDSTON ET AL. C. A. 5th Cir. Certiorari denied. 

No. 93–9291. SANDERS v. MONTANA. Sup. Ct. Mont. Certiorari denied. 

No. 93–9292. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.